IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN S. ALBERT AND KIMBERLY LEBLANC ALBERT, TRUSTEES OF THE ALBERT REVOCABLE TRUST UAD 6/3/1997 AND RESTATED 1/7/2020,<br><br>      Plaintiffs,<br><br>  vs.<br><br>EDWARD WILLIAMS, SL, et al.,<br><br>      Defendants.<br>_____ | CV 23-00221 DKW-WRP |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed on November 8, 2024 and served on all parties on November 12, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Enter Default as to Defendant Allied Financial Network as to the Second Amended Complaint and the Counter-Crossclaim and to Dismiss the

Crossclaim Asserted by Defendant Allied Financial Network Without Prejudice ",

ECF No. 156 are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: December 3, 2024 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge

Kevin S. Albert et al v. Edward Williams, et al; Civil No. 23-00221 DKW-WRP