MCCORRISTON MILLER MUKAI MACKINNON LLP

| | |
|---|---|
| RANDALL K. SCHMITT | 3752-0 |
| BRETT R. TOBIN | 9490-0 |
| D. KAENA HOROWITZ | 9836-0 |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  (808) 529-7300
Facsimile:   (808) 524-8293
Email:  schmitt@m4law.com; btobin@m4law.com
            dkh@m4law.com

Attorneys for Plaintiffs
KEVIN S. ALBERT AND KIMBERLY
LEBLANC ALBERT, TRUSTEES OF
THE ALBERT REVOCABLE TRUST
UAD 6/3/1997 AND RESTATED 1/7/2020

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN S. ALBERT AND KIMBERLY LEBLANC ALBERT, TRUSTEES OF THE ALBERT REVOCABLE TRUST UAD 6/3/1997 AND RESTATED 1/7/2020,<br><br>          Plaintiffs,<br><br>     vs.<br><br>EDWARD WILLIAM, SL, a foreign corporation; ION INSURANCE GROUP S.A., a foreign corporation; ION INSURANCE COMPANY, INC., a foreign corporation; ALLIED FINANCIAL NETWORK, a Hawaii corporation; STEVE BONNER; | CIVIL NO. 23-00221 SOM-WRP<br><br>**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT, AS TO COUNT X, AGAINST DEFENDANT ION INSURANCE GROUP S.A.**; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Trial<br>Trial Date: June 10, 2025<br>Judge:     The Hon. Derrick K. Watson |

#793895v1

| |
|---|
| LUXURY FINANCIAL GROUP, LLC; NOELLE NORVELL; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE GOVERNMENTAL AGENCIES 1-50; and DOE ENTITIES 1-50, |
| Defendants. |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT, AS TO COUNT X, AGAINST DEFENDANT ION INSURANCE GROUP S.A.

Plaintiffs KEVIN S. ALBERT AND KIMBERLY LEBLANC ALBERT, TRUSTEES OF THE ALBERT REVOCABLE TRUST UAD 6/3/1997 AND RESTATED 1/7/2020 (collectively, "**Plaintiffs**" or the "**Trust**"), by and through their undersigned counsel at McCorriston Miller Mukai MacKinnon LLP, hereby move this Honorable Court for an *Order* GRANTING judgment, as a matter of law, as to Count X (Insurance Bad Faith) – as set forth in the May 8, 2024 *Second Amended Complaint* [Doc 84] – against Defendant ION INSURANCE GROUP S.A. (hereafter, "**Ion SA**").

This *Motion* is made pursuant to Federal Rules of Civil Procedure (FRCP) 7 and 56; the Local Rules of Practice for the US District Court for the District of Hawaii (LR) 7.1 and 56.1; the attached *Memorandum In Support of Motion*; the *Separate and Concise Statement of Material Facts*, *Declarations*, and Exhibits filed concurrently herewith; and the record and file herein.

2

The undersigned hereby certifies that this *Motion* was made following the conference of counsel, pursuant to LR 7.8, which took place on Monday, February 3, 2025.

DATED: Honolulu, Hawaiʻi, February 10, 2025.

/s/ *Randall K. Schmitt*
RANDALL K. SCHMITT
BRETT R. TOBIN
D. KAENA HOROWITZ

Attorneys for Plaintiffs