IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KEVIN S. ALBERT and KIMBERLY LEBLANC ALBERT, TRUSTEES OF THE ALBERT REVOCABLE TRUST UAD 6/3/1997 AND RESTATED 1/7/2020,<br><br>   Plaintiffs,<br><br> vs.<br><br>EDWARD WILLIAM, SL, a foreign corporation; et al,<br><br>   Defendants. | CV 23-00221 DKW-WRP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 25, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation Regarding Service of Defendants ION Insurance Group, S.A.

and Edward William, SL and to Dismiss Edward William, SL" , ECF No. 274, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: May 12, 2025 at Honolulu, Hawaii.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

---

Kevin S. Albert, et al v. Edward William, SL; Civil No. 23-00221 DKW-WRP; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**